UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 3:03CR198 (RNC) |
| v. | : |
| | |
| ADA RIVERA, et.al., | :    November 12, 2004 |
| **MIGUEL SANTIAGO** | : |

DEFENDANT MIGUEL SANTIAGO'S THIRD MOTION
TO CONTINUE SENTENCING

    Miguel Santiago, defendant, through undersigned counsel, respectfully requests that the sentencing hearing in his case, which is currently scheduled to occur on November 22, 2004 be continued 30-days.

    The requested extension is necessary in order for the psychologist engaged by the probation department to provide an evaluation of the defendant to complete her report.

    This is the third request for continuance of sentencing by the defendant.

    The undersigned has conferred with Assistant United States Attorney H. Gordon Hall and Probation Officer Jacqueline Carroll in connection with this request and they have informed that they have no objection.

    Mr. Santiago has remained in federal custody since his arrest on the instant charges. A signed waiver of the

defendant's rights under the sentencing provisions of the Speedy Trial Act, 18 U.S.C. 3161, et seq, will be submitted to the Court as soon as practicable.

Wherefore, in view of the forgoing, it is submitted that the interests of the Court, the defendant and the government would be furthered by continuing the sentencing 30 days.

Respectfully submitted

Miguel Santiago, Defendant

Kurt F. Zimmermann
kzimmermann@so-law.com
Federal Bar No. ct00581
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT  06510
(203) 865-0121;fax (203) 865-0255

## CERTIFICATION

This is to certify that the foregoing Defendant Miguel Santiago's Second Motion to Continue Sentencing was mailed on the 12th November, 2004 by U.S. Mail to the following:

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06510

Jacqueline Carroll
U.S. Probation Office
157 Church Street
New Haven, CT 06510

Kurt F. Zimmermann