UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:03CR198 (RNC) |
| v. | : | |
| | | |
| ADA RIVERA, et.al., | : | |
| **MIGUEL SANTIAGO** | : | December 22, 2004 |

**DEFENDANT MIGUEL SANTIAGO'S REQUEST**

**FOR LEAVE TO FILE DOCUMENT *UNDER SEAL*.**

Miguel Santiago, defendant, through undersigned counsel, respectfully requests that the accompanying Memorandum in Aid of Sentencing and Request for Downward Departure be filed with the Court *under seal* because of the confidential nature of its contents.

Respectfully submitted

Miguel Santiago, Defendant

Kurt F. Zimmermann
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT  06510
(203) 865-0121;fax (203) 865-0255
kzimmermann@so-law.com
Federal Bar No.  ct00581

1

CERTIFICATION

The foregoing motion to file under seal was served by hand and/or U.S. Mail on December 22, 2004.

Hon. Robert N. Chatigny
Chief United States District judge
Chambers
450 Main Street
Hartford, CT 06103

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jacqueline Carroll
U.S. Probation Office
157 Church Street, 22nd Floor
New Haven, CT 06510

Kurt F. Zimmermann