UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 3:03CR198(RNC) |
| MIGUEL SANTIAGO : | |

MOTION TO CONTINUE

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully requests that the Court continue the sentencing hearing in this case, presently scheduled for December 29, 2004. Counsel for the Government has developed a scheduling conflict for the presently assigned date. The defendant's counsel has no objection to a continuance for two weeks.

    Respectfully Submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    BRIAN P. LEAMING
    ASSISTANT U.S. ATTORNEY
    ct16075
    450 MAIN STREET
    HARTFORD, CONNECTICUT 06103

    For:

    H. GORDON HALL
    ASSISTANT  U.S. ATTORNEY
    ct05153
    157 CHURCH STREET
    NEW HAVEN, CONNECTICUT 06510
    (203) 821-3700
    Gordon.hall@usdoj.gov

CERTIFICATION

This is to certify that a copy of the foregoing Government's Motion to Continue Sentencing was sent this 27th day of December, 2004, via first class mail, postage pre-paid to

Kurt Zimmerman, Esq.
SILVERSTEIN & OSACH, P.C.
234 Church Street, #903
P.O. Box 1727
New Haven, CT 06507-1727

_____
BRIAN P. LEAMING
ASSISTANT U.S. ATTORNEY
ct16705
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

For:

H. GORDON HALL
ASSISTANT U.S. ATTORNEY
ct05153
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
Gordon.hall@usdoj.gov