UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

                            :    No. 3:03CR198 (RNC)

v.                          :

ADA RIVERA, et.al.,         :

**MIGUEL SANTIAGO**         :    December 22, 2004

### DEFENDANT MIGUEL SANTIAGO'S REQUEST
### FOR LEAVE TO FILE DOCUMENT *UNDER SEAL*.

Miguel Santiago, defendant, through undersigned counsel, respectfully requests that the accompanying Memorandum in Aid of Sentencing and Request for Downward Departure be filed with the Court *under seal* because of the confidential nature of its contents.

Respectfully submitted

Miguel Santiago, Defendant

Kurt F. Zimmermann
Silverstein & Osach, P.C.
234 Church Street, Suite 903
New Haven, CT  06510
(203) 865-0121; fax (203) 865-0255
kzimmermann@so-law.com
Federal Bar No.  ct00581

December 23, 2004.  Granted.  So ordered.
Robert N. Chatigny, U.S.D.J.

1