UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 DEC 27 P 12: 17

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA     :

v.     :     No. 3:03CR198(RNC)

MIGUEL SANTIAGO     :

_____

## MOTION TO CONTINUE

The United States Attorney, through H. Gordon Hall, Assistant United States Attorney, respectfully requests that the Court continue the sentencing hearing in this case, presently scheduled for December 29, 2004. Counsel for the Government has developed a scheduling conflict for the presently assigned date. The defendant's counsel has no objection to a continuance for two weeks.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT U.S. ATTORNEY
ct16075
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

For:

H. GORDON HALL
ASSISTANT U.S. ATTORNEY
ct05153
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
Gordon.hall@usdoj.gov

[Handwritten margin annotation:] 811  p.m. Sentencing is hereby rescheduled to January 14, 2005, at 1:00 p.m. Granted. So ordered. December 28, 2004. Robert N. Chatigny, U.S.D.J.

[Stamp:] FILED 2004 DEC 24 A 10:55 U.S. DISTRICT COURT HARTFORD, CT.