UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

                                     :    No. 3:03CR198 (RNC)

v.    :

ADA RIVERA, et.al.,    :

**MIGUEL SANTIAGO**    :    May 5, 2005

### DEFENDANT MIGUEL SANTIAGO'S REQUEST

### FOR LEAVE TO FILE DOCUMENT *UNDER SEAL*.

    Miguel Santiago, defendant, through undersigned counsel, respectfully requests that the accompanying Supplemental Memorandum in Aid of Sentencing and Request for Downward Departure be filed with the Court *under seal* because of the confidential nature of its contents.

                      Respectfully submitted

                      Miguel Santiago, Defendant

                      Kurt F. Zimmermann
                      Silverstein & Osach, P.C.
                      234 Church Street, Suite 903
                      New Haven, CT  06510
                      (203) 865-0121;fax (203) 865-0255
                      kzimmermann@so-law.com
                      Federal Bar No.  ct00581

1

<u>CERTIFICATION</u>

The foregoing motion to file under seal was served by hand on May 5, 2005 to:

Hon. Robert N. Chatigny
Chief United States District judge
Chambers
450 Main Street
Hartford, CT 06103

H. Gordon Hall, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Jacqueline Carroll
U.S. Probation Office
157 Church Street, 22nd Floor
New Haven, CT 06510

Kurt F. Zimmermann