AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA
v.
Miquel Santiago

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03 CR 198 (RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert N. Chatigny | Debra Slater | Kurt F. Zimmerman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| | S. Warner | M. Eothers |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 5/6/05 | | | Dr. M. Baranoski psychiatric testimony |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages