U. S. Department of Justice

Federal Bureau of Prisons

Northeast Regional Office

U.S. Customs House - 7th Floor
2nd and Chestnut Streets
Philadelphia, PA 19106

June 7, 2005

The Honorable Robert N. Chatigny
Chief Judge of the United States District Court
   for the District of Connecticut
Federal Building and United States Courthouse
450 Main Street
Hartford, Connecticut 06103

      RE: **SANTIAGO, Miguel**
      **Register Number: 15239-014**
      **Docket Number: 3:03CR198(RNC)**

Dear Chief Judge Chatigny:

    Mr. Miguel Santiago was sentenced in your Court to a 60-month term of confinement for Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin. At the time of sentencing, you recommended Mr. Santiago be confined at the Federal Medical Center, Lexington, Kentucky. You also recommended he participate in the Residential Drug Abuse Treatment Program and receive mental health treatment.

    During the designation process, we were aware of your recommendations. Regrettably, the Lexington facility is experiencing population concerns at this time. Mr. Santiago has been designated to the Federal Correctional Institution, Fort Dix, New Jersey, the most appropriate facility with available bed space. Please be assured staff at the Fort Dix facility have been made aware of your recommendations and will encourage Mr. Santiago to participate in a substance abuse treatment program. They will also address his mental health needs.

    We regret we were unable to comply with all of the Court's recommendations. Should you require additional information, please contact me at (215)521-7311.

                                     Sincerely,

                                     D. Scott Dodrill
                                     Regional Director

*[Margin annotations:]* The Clerk will docket this letter and send copies to counsel of record and U.S. Probation. So ordered. /s/ Robert N. Chatigny, U.S.D.J. June 22, 2005.

*[Stamps:]* Jun 10 10 34 AM '05; 2005 JUN 22 P 12:51