UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL -8  A 9:56

UNITED STATES OF AMERICA

vs.   Criminal No. 3:03CR00198(RNC)

MIGUEL SANTIAGO

### ORDER FOR PAYMENT OF EXPERT PSYCHIATRIC TESTIMONY

### IN AID OF SENTENCING

Whereas the defendant, Miguel Santiago, entered a plea of guilty to Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1), and is awaiting sentencing; and

Whereas, the Court desired more information than what was otherwise available in order to determine the mental condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. § 3552(c), it is hereby

ORDERED that Dr. Madeline Baranowski, of the Connecticut Mental Health Center, Law & Psychiatry Division, be compensated for professional services, including expert testimony, in relation to the psychiatric or psychological evaluation of the defendant, Miguel Santiago, on behalf of this Court, which was conducted in April 2005.

IT IS SO ORDERED.

Signed and dated this ___7___ day of ~~June~~ July, 2005

The Honorable Robert N. Chatigny
Chief United States District Judge